

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00068-CV

Ismael **ALDABA**,
Appellant

v.

Claudia Patricia **OYERVIDES**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3143CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by April 10, 2014. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court